1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MOA MOA, INC.,

              Plaintiff,

    v.

NEW MOA COLLECTION, et al.,

              Defendants.

NEW MOA COLLECTION, et al.,

              Counterclaimants,

    v.

MOA MOA, INC.,

              Counter-Defendant.

Case No. CV 18-6110-MWF (JCx)

The Honorable Michael W. Fitzgerald, United States District Judge

**JUDGMENT AFTER JURY TRIAL**

    This action came on regularly for jury trial between January 21, 2020 and January 28, 2020, in Courtroom 5A of this United States District Court.  Plaintiff and Counter-Defendant Moa Moa, Inc. was represented by Scott P. Shaw, Aaron L. Renfro, and Alexandra Jarvis of Call and Jensen APC.  Defendants and Counterclaimants New Moa Collection and Won Young Chang, individually and doing business as Moa Collection, were represented by James W. Ahn and Stephen J. Weaver of AHN IP Law.

1

A jury of eight persons was regularly empaneled and sworn; seven jurors deliberated.  Witnesses were sworn and testified and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict as follows:

**Likelihood of Confusion**

**Question 1:**  Did **Moa Moa, Inc**. prove that the use of the trademark MOA USA is likely to cause confusion with the use of its trademark MOA MOA in the marketplace?  (The meaning of "likely to cause confusion" is defined in Instruction No. 14.)

Yes _ X _     No ____
*Please proceed to Question 2.*

**Question 2:**  Did **Moa Moa, Inc**. prove that the use of the trademark MOA COLLECTION is likely to cause confusion with the use of its trademark MOA MOA in the marketplace?  (The meaning of "likely to cause confusion" is defined in Instruction No. 14.)

Yes _ X _     No ____
*If you answered "Yes" to either Question 1 or Question 2, please continue to Question 3 on page 2.  If you answered "No" to both Questions 1 and 2, please skip all the remaining questions and then sign and date the form on page 7.*
///
///
///

2

**First Use Dates (Moa Moa, Inc.)**

**Question 3:**  By on or about what date did **Moa Moa, Inc.** first use the trademark MOA MOA?  (The meaning of "use" is defined in Instruction No. 15.) **Moa Moa, Inc**. has the burden of proving the date of its first use.

Date:  _____May 1, 1998_____
*Please proceed to Question 4.*

**Question 4:**  By on or about what date did **Moa Moa, Inc.** first use the trademark MOA MOA with sufficient market penetration throughout the United States?  (The meaning of "sufficient market penetration" is defined in Instruction No. 16.)  **Moa Moa, Inc.** has the burden of proving sufficient market penetration.
*If you find MOA MOA never achieved sufficient market penetration, then write "NEVER" for your answer.*

Date:  _____1999_____
*Please proceed to Question 5.*

**First Use Dates (New Moa Collection)**

**Question 5:**  By on or about what date did **New Moa Collection** first use the trademarks MOA USA or MOA COLLECTION?  (The meaning of "use" is

///
///
///
///
///

3

defined in Instruction No. 15.)  **New Moa Collection** has the burden of proving the date of its first use.

*If you find that a trademark was never used, then write "NEVER" for your answer.*

Date for MOA USA:   February 26, 1999

Date for MOA COLLECTION:   February 26, 1999

*Please proceed to Question 6.*

**Question 6:**  By on or about what date did **New Moa Collection** first use the trademarks MOA USA or MOA COLLECTION with sufficient market penetration throughout the United States?  (The meaning of "sufficient market penetration" is defined in Instruction No. 16.)  **New Moa Collection** has the burden of proving sufficient market penetration.

*If you find that a trademark was never used or never achieved sufficient market penetration, then write "NEVER" for your answer.*

Date for MOA USA:   February 26, 1999

Date for MOA COLLECTION:   February 26, 1999

*Please proceed to Question 7.*

**First Use Dates (Moa Collection)**

**Question 7:**  By on or about what date did **Moa Collection** first use the trademarks MOA USA or MOA COLLECTION?  (The meaning of "use" is defined in Instruction No. 15.)  **Moa Collection** has the burden of proving the date

///

///

4

of its first use.

*If you find that a trademark was never used, then write "NEVER" for your answer.*

Date for MOA USA:   February 26, 1999

Date for MOA COLLECTION:   May 16, 1995

*Please proceed to Question 8.*


**Question 8:**  By on or about what date did **Moa Collection** first use the trademarks MOA USA or MOA COLLECTION with sufficient market penetration throughout the United States?  (The meaning of "sufficient market penetration" is defined in Instruction No. 16.)  **Moa Collection** has the burden of proving sufficient market penetration.

*If you find that a trademark was never used or never achieved sufficient market penetration, then write "NEVER" for your answer.*

Date for MOA USA:   February 1999

Date for MOA COLLECTION:   1997

*Please proceed to Question 9.*


**Privity**

**Question 9:**  Did **New Moa Collection** prove that **New Moa Collection** is in privity with **Moa Collection**?  (The meaning of "privity" is defined in Instruction No. 17.)

Yes  X       No ____

*Please proceed to Question 10.*

**Legally Equivalent**

**Question 10:**  Did **New Moa Collection** prove that the trademark MOA USA is legally equivalent to the trademark MOA COLLECTION?  (The meaning of "legally equivalent" is defined in Instruction No. 18.)

Yes  _X_      No ____

*Please proceed to Question 11.*

**Delay**

**Question 11:**  By on or around what date did **Moa Moa, Inc.** know or should have known that either **Moa Collection** or **New Moa Collection** was using the trademarks MOA COLLECTION or MOA USA?  (The meaning of "should have known" is defined in Instruction No. 22.)  **Moa Collection** and **New Moa Collection** have the burden of proving the date.

*If you find that a trademark was never used, then write "NEVER" for your answer.*

Date for MOA COLLECTION:  _____2017_____

Date for MOA USA:  ____2017_____

*Please proceed to Question 12.*

**Question 12:**  By on or around what date did **Moa Collection** or **New Moa Collection** know or should have known that Moa Moa, Inc. was using the trademark MOA MOA?  (The meaning of "should have known" is defined in Instruction No. 22.)  **Moa Moa, Inc.** has the burden of proving the date.

Date:  _____1998_____

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in this action be entered as follows:

1. No relief or declaratory judgment is awarded to any party.

2. As to Plaintiff's claims, judgment is entered in favor of Defendants New Moa Collection and Won Young Chang, individually and doing business as Moa Collection, and Plaintiff Moa Moa Inc. shall take nothing.

3. As to Counterclaimants' claim, judgment is entered in favor of Counterdefendant Moa Moa Inc., and Counterclaimants New Moa Collection and Won Young Chang, individually and doing business as Moa Collection, shall take nothing.

4. No party shall recover its or his costs.

Dated:  August 21, 2020

MICHAEL W. FITZGERALD
United States District Judge

7